# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Rashelle M. Humphrey                               Docket No. 4:11-MJ-1006-1RJ

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rashelle M. Humphrey, who, upon an earlier plea of guilty to four Counts of Larceny of Government Property, in violation of 18 U.S.C. §641, was sentenced by the Honorable David W. Daniel, U.S. Magistrate Judge, on April 13, 2011, to a 32-month term of probation under the standard conditions adopted by the court. The defendant was ordered to pay a special assessment of $100.00, and restitution of $3,177.69.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been unable to pay the court indebtedness in full. As of November 7, 2013, the outstanding balance is $1,847.69. The defendant's ability to pay has been compromised by ongoing financial hardship. The defendant and her two children are bi-polar, and she has struggled to find employment. Her husband has maintained employment, but his income has been used to provide familial support. The defendant eventually moved in with her parents due to financial issues. The defendant secured employment with Walgreens, and she and her husband were able to find a mobile home to rent. Humphrey has otherwise complied with the conditions of probation. It is recommended that the term of probation be extended for 28 months to allow the defendant additional time to pay the indebtedness.

The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 28 months from the expiration date of December 12, 2013, until April 12, 2016.

Rashelle M. Humphrey
Docket No. 4:11-MJ-1006-1RJ
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ Djoni B. Barrett
Djoni B. Barrett
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: November 14, 2013

### ORDER OF COURT

Considered and ordered this __18__ day of __November__, 2013, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge