UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
DOCKET NO. 4:11-MJ-1006-1RJ

| United States Of America | ) | ORDER MODIFYING AND |
|---|---|---|
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Rashelle M. Humphrey | ) | |
| | ) | |

On April 13, 2011, Rashelle M. Humphrey appeared before the Honorable Robert B. Jones Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 4 counts of Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced to a 32 month term of probation.

On November 18, 2013, the defendant's probation was extended an additional 28 months from December 12, 2013, until April 12, 2016, to allow the defendant additional time to satisfy the court indebtedness.

From evidence presented at the revocation hearing February 13, 2015, the court finds as a fact that Rashelle M. Humphrey, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to report to the probation officer as directed by the court or probation officer.
3. Failure to work regularly at a lawful occupation.
4. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be modified with the following conditions:

1. The probation term heretofore granted is reduced and shall expire on May 13, 2015.

2. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

**IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 13th day of February, 2015

Robert B. Jones Jr.
U.S. Magistrate Judge